IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WARDRICK,<br>    Plaintiff,<br><br>vs.<br><br>H.J. MARBERRY, WARDEN,<br>    Defendant. | Civil Action No. 06-186 ERIE |

## **ORDER**

AND NOW this  28th  day of February, 2007, after consideration of the Plaintiff's Appeal of the Magistrate Judge's Order dated February 5, 2007 (Document No. 22)

IT IS HEREBY ORDERED that the said appeal is DENIED

IT IS FURTHER ORDERED that the Order of the Magistrate Judge be and hereby is AFFIRMED

 S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: counsel/parties of record  NK